LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 24 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                Plaintiff, <br>     vs. <br> NICHOLAS L. LEWIS, <br>                Defendant. | CRIMINAL CASE NO. **08-00025** <br><br> **INFORMATION** <br><br> **DRIVING UNDER THE INFLUENCE OF ALCOHOL** <br> [16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13] <br><br> **ELUDING A POLICE OFFICER** <br> [16 GCA §3301.1(a) and 18 U.S.C. §§ 7(3) and 13] <br><br> **RECKLESS DRIVING** <br> [16 GCA §9107(a) and 18 U.S.C. §§ 7(3) and 13] <br><br> **LEAVING THE SCENE OF AN ACCIDENT** <br> [16 GCA §3501(e) and 18 U.S.C. §§ 7(3) and 13] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL**

On or about 12 March 2008, in the District of Guam, the defendant, NICHOLAS L. LEWIS, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate or was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II - ELUDING A POLICE OFFICER

On or about 12 March 2008, in the District of Guam, the defendant, NICHOLAS L. LEWIS, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did, having reason to know that a uniformed police office was in pursuit in a marked police vehicle, elude the officer in violation of 16 Guam Code Annotated, Section 3301.1(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT III - RECKLESS DRIVING

On or about 12 March 2008, in the District of Guam, the defendant, NICHOLAS L. LEWIS, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did drive his motor vehicle upon a highway in willful or wanton disregard for the safety of persons or property thereon, in violation of 16 Guam Code Annotated, Section 9107(a), and Title 18, United States Code, Sections 7(3) and 13.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

## COUNT IV - LEAVING THE SCENE OF AN ACCIDENT

On or about 12 March 2008, in the District of Guam, the defendant, NICHOLAS L. LEWIS, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate a motor vehicle, which was involved in an accident to unattended real property, and leave the scene of the accident without notifying the property owner and without forwarding written notice to the Department of Public Safety within twenty-four (24) hours, in violation of 16 Guam Code Annotated, Section 3501(e) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 22nd day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ ANDREW H. HENDERSON
ANDREW H. HENDERSON
Special Assistant U.S. Attorney

| **Criminal Case Cover Sheet** | | | **U.S. District Court** |
|---|---|---|---|
| **Place of Offense:** | | | |
| City | Hagatna | **Related Case Information:** | **08-00025** |
| Country/Parish | N/A | Superseding Indictment _____ Docket Number _____ | |
| | | Same Defendant _____ New Defendant __X__ | |
| | | Search Warrant Case Number _____ | |
| | | R 20/ R 40 from District of _____ | |

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __X__ No

Defendant Name ____ ~~Nicolas~~ NICHOLAS L. Lewis ____

Alisas Name ____

Address ____

____ Riverton, WY ____

Birth date __XX/XX/1979__ SS# __XXX-XX-4586__ Sex __M__ Race __CAU__ Nationality __US__

**U.S. Attorney Information:**

SAUSA __Andrew H. Henderson__

Interpreter: __X__ No ____ Yes   List language and/or dialect: __N/A__

**Location Status:**

Arrest Date __12 Mar 08__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED APR 24 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __4__   ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 7(3) and 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 1 |
| Set 2 | 18 U.S.C. § 7(3) and 13 | ELUDING A POLICE OFFICER | 1 |
| Set 3 | 18 U.S.C. § 7(3) and 13 | RECKLESS DRIVINGSE | 1 |
| Set 4 | 18 U.S.C. § 7(3) and 13 | LEAVING SCENE OF ACCIDENT | 1 |

(Continued on reverse)

Date: __4/24/04__   Signature of SAUSA: ____