LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 2 4 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> NICHOLAS ~~NICOLAS~~ L. LEWIS, <br> Defendant. | CRIMINAL CASE NO. 08-00025 <br><br> UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS ~~AND ORDER~~ /s/ |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, NICOLAS L. LEWIS, based on an Information filed charging the defendant with one count of possession of marijuana, a schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

Respectfully submitted this 24th day of April, 2008.

LEONARDO M. RAPADAS
United States Attorne
Districts of Guam and NMI

By: /s/ Andrew H. Henderson
ANDREW H. HENDERSON
Special Assistant U.S. Attorney