# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00025            DATE: May 06, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 9:16:28 - 9:23:39

**APPEARANCES:**

Defendant: Nicholas L. Lewis      Attorney: John Gorman
DEFENDANT NOT PRESENT      ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson      U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Government informs the court that the defendant is off-Island.
- Federal Public Defender appointed to represent the defendant.
- Government request for a bench warrant, defense objected. Court grants the request for warrant.
- Proceedings continued to: July 15, 2008 at 9:00 a.m.

NOTES: