DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**NICHOLAS L. LEWIS,**<br><br>Defendant. | CRIMINAL CASE NO. 08-00025<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **the FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nun pro tunc* to April 30, 2008.

/s/ **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 06, 2008**