# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

Nicholas L. Lewis

**WARRANT FOR ARREST**

Case Number: CR-08-00025

**FILED**
**DISTRICT COURT OF GUAM**

MAY 23 2008

**JEANNE G. QUINATA**
**Clerk of Court**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Nicholas L. Lewis _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of court

☐ Pretrial Release   ☐ Probation   ☐ Supervised Release   ☐ Violation Notice
   Violation Petition      Violation Petition      Violation

RECEIVED

MAY 0 2008

US MARSHALS SERVICE-GUAM

charging him or her with  (brief description of offense)

Failure to Appear for Court Hearing

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Walter M. Tenorio | _(signature)_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | MAY 06 2008, HAGÅTÑA, Guam |
| Title of Issuing Officer | Date and Location |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at GUAM INTERNATIONAL AIRPORT, CUSTOMS BORDER PROTECTION |

| DATE RECEIVED 5/23/08 | NAME AND TITLE OF ARRESTING OFFICER TFO DEAN DELGADO | SIGNATURE OF ARRESTING OFFICER _(signature)_ |
|---|---|---|
| DATE OF ARREST 5/23/08 | | |

**ORIGINAL**

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____