# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00025　　　　　　　　　　DATE: May 23, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 11:42:24 - 11:50:34

**APPEARANCES:**
Defendant: Nicholas L. Lewis　　　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Andrew Henderson　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Defendant waives his right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Plea entered: Not guilty
- Trial Scheduling Order executed. Trial is set for 7/22/2008 at 9:30 a.m.
- Defendant released.

NOTES: