LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

MAY 27 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00025 |
| Plaintiff, ) ) | |
| vs. ) | **SUBSTITUTION OF COUNSEL** |
| ) | |
| NICHOLAS L. LEWIS, ) ) | |
| Defendant. ) ) | |

I, **NICHOLAS L. LEWIS**, Defendant in the above-entitled matter, hereby substitutes F. Randall Cunliffe, Esq. of the law offices of **CUNLIFFE & COOK**, in place and stead of the **OFFICES OF THE FEDERAL PUBLIC DEFENDER** by Richard P. Arens.

DATED: May 27, 2008.

**NICHOLAS L. LEWIS**

I hereby consent to the above substitution and hereby withdraw as counsel of record for Defendant.

**OFFICE OF THE FEDERAL PUBLIC DEFENDER**

DATED: May 27 2008. By _____
RICHARD P. ARENS
Assistant Federal Public Defender

I hereby accept the above substitution and hereby enter my appearance as counsel of record for Defendant in the above-referenced criminal case.

**CUNLIFFE & COOK**
A Professional Corporation

DATED: May 27, 2008. By _____
F. RANDALL CUNLIFFE, ESQ.