LAW OFFICES
CUNLIFFE & COOK
210 Archbishop F.C. Flores Street
Hagåtña, Guam  96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: **Defendant**

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NICHOLAS L. LEWIS,<br><br>        Defendant. | CRIMINAL CASE NO. 08-00025<br><br>ORDER RE: SUBSTITUTION<br>OF COUNSEL |

GOOD CAUSE HAVING BEEN SHOWN, and the Court having been apprised that Defendant LEWIS executed a Substitution of Counsel substituting F. Randall Cunliffe, Esq., in place and stead of Richard P. Arens, Assistant Federal Public Defender and counsels having accepted representation and withdrawn as counsel for Defendant LEWIS respectively;

IT IS SO ORDERED that the law offices of CUNLIFFE & COOK, A Professional Corporation, by **F. Randall Cunliffe, Esq.**, is hereby substituted in as counsel for Defendant NICHOLAS L. LEWIS in the above-entitled criminal matter

**SO ORDERED.**



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
**Dated: May 29, 2008**