Law Offices
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

JUN 06 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00025 |
| Plaintiff, | ) | |
| vs. | ) | **CONSENT TO APPEAR THROUGH COUNSEL** |
| NICHOLAS L. LEWIS, | ) | |
| Defendant. | ) | |

I, **NICHOLAS L. LEWIS**, hereby authorize the law firm of **CUNLIFFE & COOK**, A Professional Corporation, to represent me and appear on my behalf, pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, at any arraignment, plea, trial, or imposition of sentence in my absence.

The purpose of this Consent is to permit the law firm of **CUNLIFFE & COOK**, A Professional Corporation, to act on my behalf in the above-referenced criminal case pending with the District Court of Guam.

DATED: June 02, 2008.

**NICHOLAS L. LEWIS**

### ACKNOWLEDGEMENT

Hagåtña, Guam ) ss:

ON THIS 2nd day of June, 2008, before me, the undersigned notary, personally appeared **NICHOLAS L. LEWIS**, the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

**NIKITA J. DECIPULO**
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Jul 13, 2011
Suite 200, 210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

NOTARY PUBLIC