IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS L. LEWIS,<br><br>    Defendant. | Criminal Case No. 08-00025<br><br><br>ORDER |

On June 6, 2008, the Defendant filed a Consent to Appear Through Counsel. <u>See</u> Docket No. 16. The court is concerned that the Defendant's possible departure from this district may impact his ability to serve a sentence imposed by the court.[1] The court would like to hear from the Government and the U.S. Probation Office on this issue. Accordingly, the court hereby sets this matter for hearing on Wednesday, June 18, 2008, at 9:00 a.m.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Jun 16, 2008**

---

[1] The Defendant is charged in Count I of the Information with Driving Under the Influence of Alcohol, which carries a mandatory minimum term of incarceration of 48 hours.