**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-08-00025　　　　　　　　　　　　DATE: June 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 9:41:17 - 9:48:05

**APPEARANCES:**
Defendant: Nicholas L. Lewis　　　　　Attorney: Randall Cunliffe
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Andrew Henderson　　　　U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Hearing re Consent to Appear Through Counsel**
- Consent to appear through counsel granted.
- Defendant allowed to leave Guam.
- Defendant released as previously ordered.

NOTES: Defendant will return to Guam for any imposition imposed at the end of the case.