LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422
Attorneys for: Nicholas L. Lewis



**FILED**
DISTRICT COURT OF GUAM

JUN 1 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00025 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE: CONSENT TO APPEAR THROUGH COUNSEL** |
| NICHOLAS L. LEWIS, | ) | |
| Defendant. | ) | |

**GOOD CAUSE HAVING BEEN SHOWN**, and the Court having been apprised that Defendant LEWIS executed a Consent to Appear Through Counsel authorizing the law firm of **CUNLIFFE & COOK**, A Professional Corporation, by **F. Randall Cunliffe, Esq.**, to appear and act on Defendant's behalf, at any arraignment, plea, trial, or imposition of sentence in Defendant's absence, in the above-referenced criminal case pending with the District Court of Guam.

**IT IS FURTHER ORDERED THAT:**

**(1)** Defendant LEWIS need not be present for any plea, trial or imposition of sentence in this matter, and he may leave the Territory of Guam but must check in with Probation once a month, via telephone; and,

**(2)** Defendant LEWIS's passport shall be released to him for work and travel purposes.

**SO ORDERED** this 18th day of June, 2008.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam