LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, Guam 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: **Defendant**



**FILED**
DISTRICT COURT OF GUAM

JUN 26 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00025 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO DISMISS** |
| NICHOLAS L. LEWIS, | ) | |
| Defendant. | ) | |

**COMES NOW,** Defendant NICHOLAS L. LEWIS, through counsel, **CUNLIFFE & COOK**, A Professional Corporation, by F. Randall Cunliffe, Esq., and hereby moves the court to dismiss Counts I and III as alleged in the Information filed in the above-entitled matter on the grounds that they are duplicitous.

This Motion is based on the Memorandum of Points and Authorities filed in this action, the pleadings on file herein, and such other evidence, whether oral or documentary, as will be presented at the hearing on this matter.

Dated this _26_ day of June, 2008.

          **CUNLIFFE & COOK**
          A Professional Corporation
          Attorneys for Defendant

          By _____
          F. RANDALL CUNLIFFE, ESQ.