LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00025 |
| ) | |
| Plaintiff, ) | |
| ) | **UNITED STATES' MEMORANDUM** |
| vs. ) | **IN OPPOSITION TO DEFENDANT'S** |
| ) | **MOTION TO DISMISS** |
| NICHOLAS L. LEWIS ) | |
| ) | |
| Defendant. ) | |

Defendant Lewis asserts that the Government has charged two different mental states on the disjunctive language in Counts I and III, contending a jury would be prevented from reaching a unanimous decision on either.

After reviewing both the case law on point and the statutes themselves, the Government shares the defendant's concern about potential jury confusion. Consequently, the Government filed an amended Information on June 27, 2008, correcting the disjunctive language. As such, defendant's motion is rendered moot.

//

//

Therefore, for the foregoing reasons, defendant Lewis's motion to dismiss Counts I and III of the Information should be denied.

RESPECTFULLY submitted this 27th day of June 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Andrew H. Henderson by
/s/ Marivic P. David
ANDREW H. HENDERSON
Special Assistant U.S. Attorney