LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America


**FILED**
DISTRICT COURT OF GUAM

JUN 27 2008


JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00025 |
| Plaintiff, | **AMENDED INFORMATION** |
| vs. | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** |
| NICHOLAS L. LEWIS, | [16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13] |
| Defendant. | **ELUDING A POLICE OFFICER** [16 GCA §3301.1(a) and 18 U.S.C. §§ 7(3) and 13] |
| | **RECKLESS DRIVING** [16 GCA §9107(a) and 18 U.S.C. §§ 7(3) and 13] |
| | **LEAVING THE SCENE OF AN ACCIDENT** [16 GCA §3501(e) and 18 U.S.C. §§ 7(3) and 13] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL**

On or about 12 March 2008, in the District of Guam, the defendant, NICHOLAS L. LEWIS, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

ORIGINAL

## COUNT II - ELUDING A POLICE OFFICER

On or about 12 March 2008, in the District of Guam, the defendant, NICHOLAS L. LEWIS, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did, having reason to know that a uniformed police office was in pursuit in a marked police vehicle, elude the officer in violation of 16 Guam Code Annotated, Section 3301.1(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT III - RECKLESS DRIVING

On or about 12 March 2008, in the District of Guam, the defendant, NICHOLAS L. LEWIS, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did drive his motor vehicle upon a highway in willful and wanton disregard for the safety of persons and property thereon, in violation of 16 Guam Code Annotated, Section 9107(a), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT IV - LEAVING THE SCENE OF AN ACCIDENT

On or about 12 March 2008, in the District of Guam, the defendant, NICHOLAS L. LEWIS, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate a motor vehicle, which was involved in an accident to unattended real property, and leave the scene of the accident without notifying the property owner and without forwarding written notice to the Department of Public Safety within twenty-four (24) hours, in violation of 16 Guam Code Annotated, Section 3501(e) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 27th day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
ANDREW H. HENDERSON
Special Assistant U.S. Attorney