IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00025 |
| Plaintiff, | |
| vs. | |
| NICHOLAS L. LEWIS, | **ORDER** |
| Defendant. | |

On June 27, 2008, the Government filed an Amended Information in Response to the Defendant's Motion to Dismiss. Accordingly, the court vacates the jury trial presently for July 22, 2008, and associated pretrial conference. Instead, the Defendant shall appear[1] for arraignment on the Amended Information on Tuesday, July 22, 2008, at 9:45 a.m.

IT IS SO ORDERED.

/s/ **Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Jul 03, 2008**

---

[1] On June 18, 2008, the court granted the Defendant's request to waive his further appearance and have counsel appear on his behalf at any arraignment, plea, and trial. Accordingly, only counsel for the Defendant and not the Defendant himself need appear at the arraignment.