# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# ARRAIGNMENT ON AN AMENDED INFORMATION

CASE NO.: CR-08-00025-001  DATE: July 22, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Geraldine A. Cepeda  Court Recorder: Carmen B. Santos
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 9:49:06 - 10:04:19

**APPEARANCES:**

Defendant: Nicholas L. Lewis - Appearance Waived  Attorney: F. Randall Cunliffe
DEFENDANT NOT PRESENT  ☐ Present ☑ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Andrew H. Henderson  U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:  Language:

**PROCEEDINGS:** Arraignment on an Amended Information
- Defendant waives reading of Amended Information.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Not guilty
- Based on unavailability of counsel from 8/4/2008 to 8/22/2008, counsel's felony trial schedule at the Superior Court and the pending motion to dismiss, the Court will exclude those times from the speedy trial consideration. The court has been advised by counsel that taking into consideration what is reasonable time which may be necessary for effective preparation and taking into account also the exercise of due diligence and taking taking into consideration his availability, the Court will hereby set the new trial date for: 9/23/2008 at 9:30 AM.

NOTES: