LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00025 |
| Plaintiff, ) | |
| ) | **UNITED STATES' MOTION TO** |
| vs. ) | **CONTINUE TRIAL** |
| ) | |
| NICOLAS L. LEWIS, ) | |
| Defendant. ) | |

The United States, through undersigned counsel, respectfully moves this Court to continue the trial(s) in the instant case until a later date. In support of this motion, the United States makes the following representations.

1. A key witness for the government is off-island and not scheduled to return until September 22, 2008.

2. This is the government's first request for a continuance of the trial in this matter. Further, the defendant will not be unduly prejudiced by a continuance of the trial date.

3. The additional time requested by this motion is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(3)(A), and 3161(h)(8)(A), considering the factors under 18 U.S.C.

1 § 3161(h)(8)(B)(i) and (ii).

2     4.    Denial of this request for additional time as set forth above could result in a miscarriage of justice and the ends of justice served by granting this request are in the best interest of the public and clearly outweigh the defendants' interests in a speedy trial.

    5.    Consequently, the government requests that the Court set a new trial date of October 6, 2008 or a date that is mutually convenient for all parties and the Court.

WHEREFORE, for all the foregoing reasons, the United States respectfully requests that this Court, in the interests of justice, grant the government's request to continue the trial in this matter.

RESPECTFULLY submitted this 9th day of September, 2008.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and CNMI

By: /s/ Andrew H. Henderson  
ANDREW H. HENDERSON  
Special Assistant U.S. Attorney

-2-