LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00025 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| NICOLAS L. LEWIS, ) | |
| ) | |
| Defendant. ) | |

I certify that on September 9, 2008, I caused to be electronically filed, the United States' Motion to Continue Trial with the Clerk of Court using the CM/ECF system, and I also certify that on September 9, 2008, I caused to be served via hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

//

//

//

//

//

//

//

| | |
|---|---|
| Randall F. Cunliffe | |
| Cunliffe & Cook, P.C. | |
| 210 Archbishop Flores St., Ste. 200 | |
| Hagatna, Guam 96910 | |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: /s/ Andrew H. Henderson
　　　/s/ Marivic P. David
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
108 Hernan Cortez Ave., Ste.500
Hagatna, Guam 96910
(671) 472-7332

2