LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: Defendant

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00025 |
| ) | |
| vs. ) | |
| ) | **OPPOSITION TO UNITED STATES'** |
| NICOLAS L. LEWIS, ) | **MOTION TO CONTINUE TRIAL** |
| ) | |
| Defendant. ) | |

The United States has filed a Motion to Continue Trial in the above-entitled criminal action. Defendant opposes the Motion

First, the Motion is outside the time for filing motions. Secondly, the United States does not indicate who the key witness is that is off-island and why that witness is key, and counsel for Defendant is not available for quite sometime after the date set for trial.

Counsel for Defendant will be off-island from September 30, 2008 to October 20, 2008. Counsel for Defendant will be in a murder trial on October 20, 2008, in the Superior Court of Guam, and trial in the District Court of Guam tentatively set for November 5, 2008.

Not being able to determine who the witness is, whether the witness is essential, the Court should deny the United States' Motion. It should be noted that the United States has indicated that this is "a key witness" not an essential witness. Further, the witness will be present on Guam, apparently before the trial begins and therefore, 18 USC §3161(h)(3)(A) is not applicable.

For the foregoing reasons, Defendant asks the Court to deny the United States' Motion to Continue Trial.

Respectfully submitted this \_\_11\_\_ day of September, 2008

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By _____
F. RANDALL CUNLIFFE, ESQ.