IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00025 |
| Plaintiff, | ) | |
| vs. | ) | |
| NICHOLAS L. LEWIS, | ) | **ORDER** |
| Defendant. | ) | |

On April 24, 2008, the United States filed a four-count Information against the Defendant. See Docket No. 1. On June 26, 2008, the Defendant filed a Motion to Dismiss counts I and III of the Information based on the duplicitous language contained in said counts. See Docket No. 24. On June 27, 2008, the United States filed a Response to said motion, see Docket No. 26, and therein agreed with the Defendant's contentions. Accordingly, on that same date, the United States filed an Amended Information to remedy the duplicitous language. See Docket No. 28. In light of the filing of the Amended Information, the court finds that the Motion to Dismiss counts I and III is hereby moot.

On September 9, 2008, the United States filed a Motion to Continue the trial herein, presently set for September 23, 2008. See Docket No. 32. The United States requested that the trial be continued to October 6, 2008, because a key witness for the government was off-island and would not be returning until September 22, 2008. Id.

On September 12, 2008, the Defendant filed an opposition to the requested continuance. Defense counsel objected on the basis that (1) his current travel and trial calendar could not accommodate the government's proposed trial date, and (2) the unidentified key witness would

1 actually be on Guam prior to the trial's start date.

2     After reviewing the parties' pleadings, the court must deny the request for a continuance
3 of the trial date. The parties have been aware of the scheduled trial date since it was set back on
4 July 22, 2008. Additionally, Section 3161(h)(3)(A) is inapplicable here since the government's
5 key witness is not considered "unavailable" as defined in Section 3161(h)(3)(C) since the
6 witness's whereabouts are known to the government, and the witness will actually return to
7 Guam prior to the trial.

8     Furthermore, after considering the factors under Section 3161(h)(8)(B), the court finds
9 the ends of justice will not be served by granting the continuance, nor would such a continuance
10 outweigh the public and Defendant's right to a speedy trial. Accordingly, the motion for
11 continuance is denied.

12     IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Sep 12, 2008**