LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00025 |
| ) | |
| Plaintiff, ) | |
| ) | **UNITED STATES' RESPONSE TO** |
| vs. ) | **DEFENDANT'S OPPOSITION TO** |
| ) | **MOTION TO CONTINUE TRIAL** |
| NICOLAS L. LEWIS, ) | |
| ) | |
| Defendant. ) | |

Defendant Lewis is charged with Driving Under the Influence of Alcohol, in violation of 16 Guam Code Annotated § 18102(a) and 18 U.S.C. §§ 7(3) and 13; Eluding a Police Officer, in violation of 16 Guam Code Annotated §3301.1(a) and 18 U.S.C. §§ 7(3) and 13; Reckless Driving, in violation of 16 Guam Code Annotated § 9107(a) and 18 U.S.C. §§ 7(3) and 13; and Leaving the Scene of an Accident, in violation of 16 Guam Code Annotated § 3501(e) and 18 U.S.C. §§ 7(3) and 13.

The Government has two witnesses, Petty Officer Durel Dennis, who is currently deployed to Guantanamo Bay, Cuba, and unavailable. The second witness, Department of Defense Police Officer William Pangelinan, is currently in U.S. Air Force Basic Training in San Antonio, Texas and will return to duty on September 24, 2008. Officer Pangelinan will testify

that he administered the Field Sobriety Test, and to his involvement in the pursuit, questioning and pat down of Lewis. Officer Pangelinan will also testify the pat down of Lewis resulted in the discovery of car keys fitting the ignition of the vehicle, in Lewis' right sock. As the government's only available witness, he is essential.

The government requests this delay as this witness has been off island for two months and unavailable due to military training.

RESPECTFULLY submitted this 12th day of September, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Andrew H. Henderson
ANDREW H. HENDERSON
Special Assistant U.S. Attorney