LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NICOLAS L. LEWIS, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 08-00025 <br><br> **CERTIFICATE OF SERVICE** |

I certify that on September 12, 2008, I caused to be electronically filed, the United States' Response to Defendant's Opposition to Motion to Continue Trial with the Clerk of Court using the CM/ECF system, and I also certify that on September 15, 2008, I caused to be served via hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

//

//

//

//

//

//

| | |
|---|---|
| 1 | Randall F. Cunliffe |
| 2 | Cunliffe & Cook, P.C.<br>210 Archbishop Flores St., Ste. 200 |
| 3 | Hagatna, Guam 96910 |

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the CNMI

                                        /s/ Andrew H. Henderson
                           By:    /s/Rosetta San Nicolas
                                        ANDREW H. HENDERSON
                                        Special Assistant U.S. Attorney
                                        108 Hernan Cortez Ave., Ste.500
                                        Hagatna, Guam 96910
                                        (671) 472-7332